ACCEPTED
03-15-00241-CR
7927828
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 1:49:48 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00241-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 1:49:48 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| MICHAEL JOHN JAMES | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 427TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-13-907320

## STATE'S SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Aggravated Assault with a Deadly Weapon, the appellant filed his notice of appeal in the above cause on April 23, 2015. Appellant's counsel filed a brief on September 21, 2015.

1

(b)     The State's brief is currently due on **November 20, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one.**

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in two other pending appellate cases, (i.e. *Terrell Maxwell v. State of Texas,* No. 03-14-00586-CR; and *Miguel Macias v. State of Texas,* No. 14-15-00030-CR). The undersigned attorney is also responsible for preparing the State's brief in another pending appellate case (i.e. *Miguel Radilla Esquivel v. State of Texas,* No. 03-14-00544-CR).

2. In addition, the undersigned attorney, as the director of the Appellate Division of the Travis County District Attorney's Office, has been required, during the pendency of the instant appeal, to spend a considerable amount of time working on a variety of other legal matters and administrative issues.

3. This request is not made for the purpose of delay but to ensure the submission of a brief that fully addresses the issues and assists the Court in its disposition of this case.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **December 21, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 314 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of November, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Leonard Martinez, Attorney at Law, 812 San Antonio Street, Suite 104, Austin, Texas 78701, lmartinezlawoffice2750@gmail.com.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney